UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Ulber Morales, Julio Olivar, Hisai Ramirez, Alejandro Rodriguez, Cristian Ramirez, and Misael Morales : : : : Plaintiffs, : v. : : Gourmet Heaven, Inc., Yong Cho and Chung Cho : : : : Defendants : : | CIVIL ACTION NO: 3:14-cv-01333-VLB<br><br><br>January 6, 2017 |

MOTION FOR ORDER AGAINST DEFENDANT YONG CHO

On November 29, 2016, the Court granted Plaintiffs' Motion for Default Judgment against Defendant Yong Cho.  Doc. # 100.  Plaintiffs now respectfully request an order of judgment against Defendant Yong Cho in the amount of $175,664.24.

The Court found liability against Defendant Yong Cho under the Fair Labor Standards Act ("FLSA") and the Connecticut Minimum Wage Act ("CMWA"), as well as Conn. Gen. Stat 31-51q.  "Damages, which are neither susceptible of mathematical computation nor liquidated as of the default, usually must be established by the plaintiff in an evidentiary proceeding in which the Defendant has the opportunity to contest the amount."  *Morales v. Cancun Charlie's Rest.*, 2010 WL 7865081, at *2 (D.Conn. 2010).  However, an evidentiary hearing is not necessary "as long as [the court] ensure[s] there [is] a basis for the damages specified."  *Id.*, at *2, quoting *Fustok v. ContiCommodity Servs., Inc.,* 873 F.2d 38, 40 (2d Cir. 1989).

Here, the there is such a basis and no evidentiary hearing is necessary.   The liquidated damages owed (pursuant to the overtime provisions of the FLSA and the CMWA) have already

been ascertained by the Court in its decision granting Plaintiffs Partial Motion for Summary Judgment against Yong Cho's co-defendants on identical claims.  Doc. # 99.  In that decision, the Court found damages of $175,664.24.

    Plaintiffs do not seek additional money damages for the remaining claims for which Yong Cho was found liable, but only the $175,664.24 in damages that the Court has already ordered against the Co-Defendants, Plaintiffs therefore request the Court issue an order against Yong Cho in the amount of $175,664.24.  If this order is granted, Plaintiffs will also move for an award of attorney's fees at the appropriate time.

                        THE PLAINTIFFS

                By:    /s/_____
                       James Bhandary-Alexander
                       Ct28135
                       New Haven Legal Assistance Assoc.
                       426 State Street
                       New Haven, CT 06510
                       (203) 946-4811
                       (203) 498-9271 fax
                       Email: jbhandary-alexander@nhlegal.org
                       Their Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2017, a copy of the foregoing Motion was filed electronically and served by mail to Defendant Yong Cho.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s_____
James Bhandary-Alexander