UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ULBER MORALES, JULIO OLIVAR, : <br> HISAI RAMIREZ, ALEJANDRO : <br> RODRIGUEZ, CRISTIAN RAMIREZ, : <br> and MISAEL MORALES, : <br>    *Plaintiffs*, : <br> : <br> v. : <br> : <br> GOURMET HEAVEN, INC., : <br> CHUNG CHO, and YONG CHO : <br>    *Defendants*. : | Civil Case Number <br><br> 3:14-cv-01333 (VLB) <br><br> January 10, 2017 |

### ORDER

On November 29, 2016, the Court entered an order granting summary judgment against Defendants Gourmet Heaven, Inc. and Chung Cho, awarding damages in the amount of $175,664.24.  [Dkt. 99].  The same day the Court also entered an order granting default judgment against Yong Cho as to liability only.  [Dkt. 100].  Before the Court at present is Plaintiffs' Motion for Damages requesting judgment against Y. Cho in the amount of $175,664.24.  [Dkt. 104].

The Court hereby orders that a damages hearing will be held on March 22, 2017. Plaintiffs must serve Y. Cho with a copy of their Motion for Damages, [Dkt. 104], as well as a copy of this order, return receipt requested.  Plaintiffs shall file the returned receipt with the Court. Defendant Y. Cho may file an appearance and object to Plaintiffs' instant motion on or before February 13, 2017.  Should Defendant Y. Cho file an objection, she must include the evidence she plans to offer at the hearing.

1

If Defendant files no objection, the Court will enter judgment against Y. Cho in the amount of $175,664.24.

IT IS SO ORDERED.

                                                                                                    _____/s/_____

                                                                                  **Hon. Vanessa L. Bryant**
                                                                                   **United States District Judge**

**Dated at Hartford, Connecticut: January 10, 2017**