UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ULBER MORALES, JULIO OLIVAR, HISAI RAMIREZ, ALEJANDRO RODRIGUEZ, CRISTIAN RAMIREZ, AND MISAEL MORALES | : : : CASE NO. 3:14-CV-01333-VLB : |
| v. | : : : |
| GOURMET HEAVEN, INC., YONG CHO, AND CHUNG CHO | : : |

## JUDGMENT

This action having come before the Court on the plaintiffs' partial motion for judgment (doc. #99); the remaining claims against defendants Gourmet Heaven, Inc., and Chung Cho dismissed the on the plaintiffs' motion to dismiss (doc #103); and judgment being entered against defendant Yong Cho for failure to appear, before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a ruling and order granting plaintiffs' motions; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of plaintiffs Ulber Morales, Julio Olivar, Hisai Ramirez, Alejandro Rodriguez, Cristian Ramirez, and Misael Morales in the total amount of $175,664.24.

Dated at Hartford, Connecticut, this 1st day of May, 2017.

ROBIN D. TABORA, Clerk

By    /s/JJS
    Jeremy J. Shafer
    Deputy Clerk

EOD: 05/01/2017